Clarissa Rodriguez
831 Beacon Street, #203
Newton, MA 02459

February 17, 2011

United States Bankruptcy Court
District of Massachusetts
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

Case Number 11-11031
Chapter No. 7

Re: Motion for Voluntary Dismissal

I respectfully move the court to dismiss the above case. The grounds for this motion are as follows: my case has become too legally complex for me to handle on my own and I do not have the financial means to hire an attorney at this time.

DATED this 17 day of February, 2011.

_____
Clarissa Rodriguez

# CERTIFICATE OF SERVICE

Clarissa Rodriguez
U.S. Bankruptcy District of Massachusetts
Case # 11-11031
Chapter No. 13

I hereby certify that on February 17, 2011, I mailed via the United States Postal Service, via regular mail, a complete copy of the Motion for Voluntary Dismissal for the above case number, addressed to forty-one (41) creditors as indicated below:

Advanta Bank Corp.

Advantage Payroll Svcs, Inc. c/o Haskell & Ayer, P.C.

American Express

American Honda Finance Corp.

Advantage Funding Management

Archstone-Smith

AT&T Mobility

Bank of America

Capitol One

Chase

Citi Cards

Comcast

Commerce Insurance

Direct Federal Credit Union

Eastern Bank

Family Law Practitioners, P.C.

FedEX

Retail Services

ISTA

Nstar Electric

National Grid

Paychex, Inc. c/o Haskell & Ayer, P.C.

Sierra Utility Billing Services

Sprint

Stephen A. Belmonte c/o Cellai Law Offices, P.C.

TD Bank

The Lodge at Ames Pond c/o The Hanover Company

T-Mobile

Toyota Motor Credit Corp.

Travelers

UCM/GPF II – Burlington Woods c/o Law Office of John H. Slingerland

USAA Credit Card Services

USADATA

Verizon (Business)

Verizon Wireless

Verizon (FIOS)

February 17, 2011

Clarissa Rodriguez
831 Beacon Street, #203
Newton, MA 02459