U.S. Bankruptcy Court
District of Massachusetts

In Re:                                            Case No: 11-11031
                                                  Chapter 7
    Clarissa Mignon Rodriguez

        Debtor

Order of Dismissal

    Due to the failure of the Debtor to comply with the Court's Order of February 10, 2011, and the Debtor having failed to file timely the Certificate of Credit Counseling, Schedules A - J, Statement of Financial Affairs, Summary of Schedules, Statement of Current Monthly Income and Means Test Form 22A, Statistical Summary of Certain Liabilities and Exhibit D, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

                                                                                    *[signature]* 03/11/2011
                                                                              Bankruptcy Judge

cc:    Debtor

       Trustee