United States Bankruptcy Court
District of Massachusetts

```
In re:                                                              Case No. 11-11031-wch
Clarissa Mignon Rodriguez                                           Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: jsilva                 Page 1 of 2              Date Rcvd: Mar 28, 2011
                              Form ID: ntcdsm              Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2011.
db           +Clarissa Mignon Rodriguez,    831 Beacon Street,    #203,    Newton, MA 02459-1822
tr           +Joseph G. Butler,   Barron & Stadfeld,    100 Cambridge Street,    Suite 1310,
               Boston, MA 02114-2570
smg          +COMMONWEALTH OF MASSACHUSETTS,    DIV OF UNEMPLOYMENT ASSISTANCE,    ATTN BANKRUPTCY UNIT 5TH FLOOR,
               19 STANIFORD STREET,    Boston, MA 02114-2502
smg           MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    P0 BOX 9564,    Boston, MA 02114-9564
smg          +UNITED STATES ATTORNEY,    ONE COURTHOUSE WAY,    SUITE 9200,    Boston, MA 02210-3013
smg           US DEPARTMENT OF LABOR,    EMPLOYEE BENEFITS,    JFK FEDERAL BUILDING,    ROOM 575,
               Boston, MA  02203
17930935     +AT&T Mobility,    Post Office Box 536216,    Atlanta, GA 30353-6216
17930933     +Advantage Funding Management,    14402 Collections Center Drive,    Chicago, IL 60693-0144
17930930     +Advantage Payroll Svcs, Inc.,    c/o Haskell & Ayer, P.C.,    P.O. Box 507,
               Amesbury, MA 01913-0012
17930929     +Advantage Payroll Svcs, Inc.,    c/o Haskell & Ayer,,    P.O. P.O. Box 507,
               Amesbury, MA 01913-0012
17930934      +Archstone-Smith,    One Leighton St.,    Cambridge, MA 02141-1875
17930937      +Capitol One,   2730 Liberty Ave,    Pittsburgh, PA 15222-4704
17930940      +Comcast,    Post Office Box 1577,    Newark, NJ 07101-1577
17930941      +Commerce Insurance,    211 Main Street,    Webster, MA 01570-2273
17930944      +Family Law Practitioners, P.C.,    12 Alfred Street Suite 300,    Woburn, MA 01801-1915
17930945      +FedEX,   Post Office,    Box 371461,    Pittsburgh, PA 15250-7461
17930948     ++NSTAR GAS COMPANY AND NSTAR ELECTRIC COMPANY,    ATTN LEGAL COLLECTIONS,    1 NSTAR WAY NW 220,
               WESTWOOD MA 02090-2341
              (address filed with court: Nstar Electric,    1 Nstar Way,    Westwood, MA 02090)
17930949      +National Grid,    Post Office Box 960,    Northborough, MA 01532-0960
17930950      +Paychex, Inc.,    C/O Haskell & Ayer, P.C.,    P.O. Box 507,    Amesbury, MA 01913-0012
17930951      +Sierra Utility Billing Services,    Post Office Box 140646,    Austin, TX 78714-0646
17930952      +Sprint,   Post Office Box 105243,    Atlanta, GA 30348-5243
17930953      +Stephen A. Belmonte,    C/O Cellai Law Offices, P.C.,    280 Summer St. Suite M300,
               Boston, MA 02210-1131
17930958      +Travelers,    CL Remittance Center,    Hartford, CT 06183-0001
17930959      +UCM/GPF II  Burlington Woods,    C/O Law Office of John H. Slingerland,    PO Box 5487,
               Beverly Farms, MA 01915-0519
17930961      +USADATA,    292 Madison Ave. Third Floor,    New York, NY 10017-6307
17932351      +Verizon Wireless,    Post Office Box 15062,    Albany, NY 12212-5062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Mar 28 2011 23:35:34     John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq.,   10th Fl, Suite 1000,    Boston, MA 02109-3934
cr           +EDI: BASSASSOC.COM Mar 28 2011 22:48:00     HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
cr           +E-mail/Text: dladwig@paychex.com Mar 28 2011 22:57:53     Paychex, Inc.,    1175 John Street,
               West Henrietta, NY 14586-9199
17930928      EDI: MERRICKBANK.COM Mar 28 2011 22:48:00     Advanta Bank Corp.,    Post Office,   Box 8088,
               Philadelphia, PA 19101
17930932      EDI: HNDA.COM Mar 28 2011 22:48:00     American Honda Finance Corp.,    Post Office Box 105027,
               Atlanta, GA 30348
17930931     +EDI: AMEREXPR.COM Mar 28 2011 22:48:00     American Express,    Post Office BOX 297871,
               Fort Lauderdale, FL 33329-7871
17930936     +EDI: BANKAMER.COM Mar 28 2011 22:48:00     Bank of America,    Post Office Box 15715,
               Wilmington, DE 19886-5715
17930938     +EDI: CHASE.COM Mar 28 2011 22:48:00     Chase,    Post Office Box 15153,
               Wilmington, DE 19886-5153
17930939     +EDI: CITICORP.COM Mar 28 2011 22:48:00     Citi Cards,    Post Office Box 182564,
               Columbus, OH 43218-2564
17930942     +E-mail/Text: collections@directfederal.com Mar 28 2011 22:58:07     Direct Federal Credit Union,
               50 Cabot St.,    Post Office Box 9123,    Needham, MA 02494-9123
17930943     +E-mail/Text: BANKRUPT@EASTERNBK.COM Mar 28 2011 22:57:15     Eastern Bank,    One Eastern Place,
               Lynn, MA 01901
17962022     +EDI: BASSASSOC.COM Mar 28 2011 22:48:00     HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
17930947     +E-mail/Text: mleroux@ista-na.com Mar 28 2011 22:57:32     ISTA,    7825 Baymeadows Way, Suite 300B,
               Jacksonville, FL 32256-7584
17930946     +EDI: HFC.COM Mar 28 2011 22:48:00     Retail Services,    Post Office Box 17602,
               Baltimore MD 21297-1602
17930956     +EDI: AISTMBL.COM Mar 28 2011 22:48:00     T-Mobile,    Post Office Box 742596,
               Cincinnati, OH 45274-2596
17930954     +EDI: TDBANKNORTH.COM Mar 28 2011 22:48:00     TD Bank,    Post Office Box 1377,
               Lewiston, ME 04243-1377
17930957      EDI: TFSR.COM Mar 28 2011 22:48:00     Toyota Motor Credit Corp.,    Post Office Box 5855,
               Carol Stream, IL 60197
17930960     +EDI: USAA.COM Mar 28 2011 22:48:00     USAA Credit Card Services,    10750 McDermott Freeway,
               San Antonio, Texas 78288-1600
```

```
District/off: 0101-1           User: jsilva              Page 2 of 2             Date Rcvd: Mar 28, 2011
                               Form ID: ntcdsm           Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
17932352     +EDI: AFNIVZCOMBINED.COM Mar 28 2011 22:48:00     Verizon,   Post Office Box 1100,
              Albany, NY 12250-0001
17930962     +EDI: AFNIVERIZONE.COM Mar 28 2011 22:48:00      Verizon,   Post Office,   Box 28003,
              Lehigh Valley, PA 18002-8003
                                                                                            TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17930955     ##+The Lodge at Ames Pond,    C/O The Hanover Company,   One Ames Hill Drive,
              Tewksbury, MA 01876-1149
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2011**                    **Signature:**    _Joseph Speetjens_

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Clarissa Mignon Rodriguez<br>             Debtor, | Chapter: 7<br>Case No: 11−11031<br>Judge William C. Hillman |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Clarissa Mignon Rodriguez** was entered on 3/15/11 .

Date:3/28/11

By the Court,

Jonathan Silva
Deputy Clerk
617−748−5334

21